IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| VICTORIO VILLA SANCHEZ, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 302-063 |
| JIM WETHERINGTON, et al., | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion is **GRANTED IN PART** and **DENIED IN PART**, this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 17th day of June, 2005, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Victorio Villa Sanchez, Pro-se
John Philip Cannon, Esq.

CASE NO:        CV302-063
DATE SERVED: June 17, 2005
SERVED BY:    Cindy Reynolds

☐ Copy placed in Minutes
☑ Copy given to Judge
☑ Copy given to Magistrate